Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernhard Kühmstedt, an individual, | Case No.: 2:22-cv-04981-SB-MRW |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| Gramercy Global Entertainment, LLC, d/b/a "theblast.com", a Delaware limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-04981-SB-MRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* GRAMERCY GLOBAL ENTERTAINMENT, LLC d/b/a "THEBLAST.COM"
was received by me on *(date)* 07/26/2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JAMIE MAYHER (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* GRAMERCY GLOBAL ENTERTAINMENT, LLC d/b/a "THEBLAST.COM"
C/O TELOS LEGAL CORP., 1012 COLLEGE ROAD, SUITE 201, DOVER, DE 19904 on *(date)* 07/26/2022 AT 1:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/26/2022

*Server's signature*

GRANVILLE MORRIS    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT;