Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernhard Kühmstedt, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Gramercy Global Entertainment, LLC, d/b/a "theblast.com", a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-04981-SB-MRW<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: July 26, 2022<br>Initial Response Date: August 16, 2022<br>New Response Date: Sept. 15, 2022 |

1
COMPLAINT

Pursuant to Central District of California Local Rule 8-3, plaintiff BERNARD KUHMSTEDT ("Plaintiff") and defendant Gramercy Global Entertainment, LLC ("Defendant") through their respective counsel, jointly stipulate to extend the time for Defendant to respond to Plaintiff's initial complaint for a period of (30) days, such that Defendants' deadline to respond to the Complaint shall be extended from August 16, 2022, up to and including September 15, 2022. There have not been any previous requests to extend Defendant's deadline to respond to the Complaint.

IT IS SO STIPULATED.

Dated: August 16, 2022   By:   /s/ *Frank R. Trechsel*
Scott Alan Burroughs, Esq.
Frank R. Trechsel Esq.
DONIGER/BURROUGHS
Attorneys for Plaintiff

Dated: August 16, 2022   By:   /s/ John Anknicz
Gramercy Global Ent, LLC
COO
[signature] 8.16.22

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed above, and on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: August 16, 2022   By:   /s/ *Frank R. Trechsel*
Scott Alan Burroughs, Esq.
Frank R. Trechsel Esq.
DONIGER/BURROUGHS
Attorneys for Plaintiff