UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BERNHARD KÜHMSTEDT, AN INDIVIDUAL, <br><br>      Plaintiff, <br><br>   v. <br><br> GRAMERCY GLOBAL ENTERTAINMENT, LLC et al., <br><br>      Defendants. | Case No.  2:22-cv-04981-SB-MRW <br><br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

Generally, defendants other than the United States must answer the complaint within 21 days after service.  *See* Fed. R. Civ. P. 12(a)(1).  On July 26, 2022, Plaintiff filed proof of service of the complaint on Defendant.  Dkt. No. 11.  A responsive pleading was due on August 16, 2022.  The parties filed a stipulation to extend time to respond to the initial complaint to September 16, 2022, which the Court granted.  Dkt. Nos. 12, 13.  No responsive pleading has been filed, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than September 26, 2022, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of a motion for default judgment.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Upon the filing of a motion for default judgment, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED

Date: September 18, 2022

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge

1