JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNHARD KÜHMSTEDT, AN INDIVIDUAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GRAMERCY GLOBAL ENTERTAINMENT, LLC,<br><br>　　　　Defendant. | Case No. 2:22-cv-04981-SB-MRW<br><br>ORDER DISMISSING CASE FOR LACK OF PROSECUTION |

　　　After the parties' stipulated deadline for Defendant to respond to the complaint passed without Defendant responding or Plaintiff seeking entry of default or default judgment, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution on September 18, 2022.  Dkt. No. 14.  Plaintiff was ordered to show cause in writing no later than September 26, 2022 why this case should not be dismissed.  Plaintiff was notified that failure to respond to the Order to Show Cause would result in dismissal.  Plaintiff has failed to respond.  Accordingly, this case is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Date: September 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge